SCHUYLER HANSON, Respondent, v. QUEENSBORO FARM PRODUCTS, INC., Appellant.

Reported below, 265 App. Div. 819.
Submitted November 23, 1942; decided December 10, 1942.

*Nathan A. Goldenthal* for motion.
*Charles K. Finch* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the orders do not finally determine the action within the meaning of the Constitution.